1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLARENCE WARREN,                                    1:07-cv-01285-LJO-TAG  (HC)

        Petitioner,

    vs.                                             ORDER DENYING MOTION FOR
                                                    APPOINTMENT OF COUNSEL

DERRAL G. ADAMS,

        Respondent.                                 (Doc. 6)

_____/

13   Petitioner has requested the appointment of counsel. (Doc. 6).  Petitioner contends

14 that he is unable to afford to hire counsel and that the issues raised in his petition are complex

15 and that the advice of counsel is necessary.  (Id.).   There currently exists no absolute right to

16 appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479,

17 481 (9th Cir. 1958; Mitchell v. Wyrick, 727 F.2d 773 (8th Cir. 1984).  However, Title 18

18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests

19 of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.

20   In the present case, the Court does not find that the interests of justice require the

21 appointment of counsel at the present time.  A preliminary review of the claims raised in the

22 petition indicate that Petitioner is raising a sentencing issue pursuant to California Penal Code

23 § 654, insufficiency of the evidence, and ineffective assistance of counsel.  None of these

24 claims appear to raise unusually complex or difficult legal issues.  To the contrary, these are

25 issues routinely raised in habeas proceedings in this Court.

26 ///

27 ///

28

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

2    counsel (Doc. 6), is DENIED.

3

4    IT IS SO ORDERED.

5    Dated:   **October 24, 2007**                              **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**