IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE WARREN, | 1:07-cv-01285-LJO-TAG (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE ANSWER and DENYING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME |
| vs. | |
| DERRAL G. ADAMS, | |
| Respondent. | (Docs. 12, 13) |
| _____/ | DEADLINE TO FILE ANSWER: May 28, 2008 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 10, 2008, Respondent filed a motion for a 30-day extension of time to file an answer to the petition for writ of habeas corpus. (Doc. 12). On May 13, 2008, Petitioner filed a second motion for a 10-day extension of time to file an answer. (Doc. 13).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Respondent's first motion for an extension of time (Doc. 12), is GRANTED;

2. Respondent shall have to and including May 28, 2008 to file an answer; and

3. Respondent's second motion for an extension of time (Doc. 13) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **May 13, 2008**                                /s/ **Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE