1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   CLARENCE WARREN,                         1:07-cv-1285 LJO-TAG (HC)

10              Petitioner,                   ORDER GRANTING PETITIONER'S
                                              MOTION FOR EXTENSION OF TIME
11       vs.                                  TO A FILE TRAVERSE

12  DERRAL G. ADAMS,                          (DOCUMENT #19)

13              Respondent.                   THIRTY DAY DEADLINE

14  _____/

15       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

16  28 U.S.C. § 2254.  On July 1, 2008, petitioner filed a motion to extend time to file his traverse.

17  Good cause having been presented to the court and GOOD CAUSE APPEARING

18  THEREFOR, IT IS HEREBY ORDERED that:

19       Petitioner is granted thirty days from the date of service of this order in which to file his

20  traverse.

21

22

23  IT IS SO ORDERED.

24  Dated:   **July 7, 2008**                              **/s/ Theresa A. Goldner**
                                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28